Form opcschs (07/2010)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Arthur L Hunter and Jammie L Hunter

Case Number: 10–25386–SJS
Chapter: 7

Debtor(s).

---

## ORDER TO FILE POST–CONVERSION SCHEDULES

**Chapter 7 Statement of Current Monthly Income and Means Test Calculation (form 22A) must be filed.**


TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 13 to 7 on **March 9, 2011**. It is hereby

ORDERED that the Debtor(s) shall file by **March 23, 2011**, amended schedules, statements and documents, including the statement of current monthly income (means testing form)*, required by Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007–1(b), or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents. It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009–1(c)(2). The debtor(s) shall also file with the court a mailing list of additional creditors. If the debtor(s) is represented by an attorney, the additional creditors shall be uploaded electronically onto the court's ECF system.

Dated: March 10, 2011

                                                  Mark L. Hatcher
                                                  Clerk of the Bankruptcy Court


                                                  BY: Sharon Atkins–Davis
                                                  Deputy Clerk


*In a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed on or prior to October 16, 2005.